People of the State of Illinois ex rel. Auditor of Public Accounts, Appellee, v. West Side Trust and Savings Bank of Chicago, Appellee. Abe Michelson, Appellant.

Gen. No. 40,934. (Abstract of Decision.)

O'Connor, J., dissenting.

Heard in first division, first district, this court at October term, 1939; opinion filed May 20, 1940. Schnackenberg, Hansen & Towle and Harry I. Weisbrod, for appellant; Elmer J. Schnackenberg, of counsel; Nash, Ahern, McDermott, McNally & Kiley, for certain appellee; Richard F. Shay and John J. Kennelly, of counsel; Maurice L. Davis, for certain other appellee; Maurice L. Davis, of counsel; Edward Berkson, *pro se.* Opinion by JUSTICE McSURELY. "Not to be published in full."